5

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

*United States District Court*
*Southern District of Texas*
**FILED**

**SEP 0 1 1998**

Michael N. Milby
Clerk of Court

Osiel Valdez Ortez

versus

Gary Johnson

§
§
§
§
§
§
§

CIVIL ACTION B 96-235

*United States District Court*
*Southern District of Texas*
**ENTERED**

**SEP 0 2 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge